IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00075-BO

| | | |
|---|---|---|
| KEIWAN PHILLIP JOSEPH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BP EXPLORATION & PRODUCTION | ) | |
| INC. and BP AMERICA PRODUCTION | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' unopposed motion to stay ("motion to stay")

defendants' deadline for expert designation [DE-30].  In the motion to stay, defendants request

that defendants' deadline to designate experts be stayed until 30 days after plaintiff designates his

expert(s) and furnishes his reports.  As noted in the motion to stay, pending before the undersigned

is plaintiff's motion to extend and modify the existing deadlines in the court's scheduling order

[DE-27], to which defendants have filed a response in opposition [DE-29].  For good cause shown

for the reasons stated in defendants' unopposed motion to stay, and in light of plaintiff's pending

opposed motion to extend deadlines [DE-27], defendants' motion to stay [DE-30] is hereby

GRANTED.

IT IS THEREFORE ORDERED that defendants' deadline to designate experts in this civil

action is STAYED until 30 days after plaintiff designates his expert(s) and furnishes his reports.

SO ORDERED, this 16th day of February, 2023.

_____
Brian S. Meyers
United States Magistrate Judge