IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-75-BO

KEIWAN JOSEPH,
        Plaintiff,

v.

BP EXPLORATION & PRODUCTION
INC. and BP AMERICA PRODUCTION
COMPANY,
        Defendants.

ORDER

This cause comes before the Court on plaintiff's motion to stay the case management order deadlines in this case. [DE 31]. Defendants filed their opposition, plaintiff replied, and a hearing on the matter was held before the undersigned on June 2, 2023, at Raleigh, North Carolina. In this posture, the motion is ripe for ruling.

At the hearing, defendants withdrew their opposition to the entry of a stay in light of the filing of plaintiff's second lawsuit in the Eastern District of Louisiana. Accordingly, and pursuant to the Court's inherent authority to manage its docket, plaintiff's motion [DE 31] is GRANTED. This action is hereby STAYED and the clerk is DIRECTED to remove this case from the active docket.

Plaintiff shall file a motion to lift the stay not more than ten (10) days following the transfer of his second lawsuit to this district. The clerk shall return this case to the active docket on the filing of the motion to lift the stay.

In light of the foregoing, plaintiff's motion to extend deadlines for ninety days [DE 27] is DENIED AS MOOT.

SO ORDERED, this 2 day of June 2023.

*/s/ Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2

Case 5:22-cv-00075-BO   Document 41   Filed 06/05/23   Page 2 of 2