IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-75-BO

KEIWAN JOSEPH,
Plaintiff,

v.

BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY,
Defendants.

ORDER

This cause comes before the Court on a joint motion by the parties to consolidate this action with *Keiwan Joseph v. BP Exploration & Production*, No. 5:23-CV-538-BO-BM. [DE 46].

Rule 42(a) of the Federal Rules of Civil Procedure permits consolidation of actions involving common questions of law or fact. This Court has broad discretion in determining whether to consolidate actions pending before it. *A/S J. Ludwig Mowinckles Rederi v. Tidewater Const. Co.*, 559 F.2d 928, 933 (4th Cir. 1977).

Both cases are back-end litigation option (BELO) lawsuits and involve claims by plaintiff Joseph arising from his work as a clean-up worker for the BP Deepwater Horizon Oil Spill which occurred in 2010. The parties have demonstrated that the cases involve common questions of law and fact and that they are appropriate for consolidation.

Accordingly, the motion to consolidate [DE 46] is GRANTED and the above-cited cases are consolidated for discovery, motions filing, and trial. This case, No. 5:22-CV-75-BO-BM is designated as the lead case. All future filings, unless otherwise directed, shall be made in the lead

case only. The caption on all future filings shall reflect that this is a consolidated action and identify both case numbers. The clerk is DIRECTED to file a copy of this order in case No. 5:23-CV-538-BO-BM and then to remove that case from the active docket. The clerk shall return that case to the active docket on order of the Court, including for purposes of the entry of judgment.

SO ORDERED, this 5 day of January 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE